**No. D-2620. In the Matter of Discipline of Walter C. Elliott, Jr.**

565 U.S. 1107, 132 S. Ct. 1086, 181 L. Ed. 2d 804, 2012 U.S. LEXIS 450.

January 9, 2012. Walter C. Elliott, Jr., of Owings Mills, Maryland, is suspended

from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.